UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

Case No.:16-20683-JKO
Chapter 7

IN RE:

MARIE NICOLE DORVAL,

      Debtor.
_____/

## MOTION FOR DETERMINATION THAT AUTOMATIC STAY IS NOT IN EFFECT
(Emergency Relief Requested)

MOVANT IS THE OWNER OF REAL PROPERTY IN THE POSSESSION OF DEBTOR. THE PROPERTY IS NOT PROPERTY OF THE ESTATE, DEBTOR'S INTEREST HAVING TERMINATED AS THE RESULT OF A CERTIFICATE OF SALE DATED 9/02/14. DEBTOR IS THREATENING TO REMOVE THE APPLIANCES FROM THE HOME. ALSO, UNLESS A HEARING IS SCHEDULED BEFORE SEPTEMBER 25, 2016 PLAINTIFF WILL BE REQUIRED TO OBTAIN A NEW WRIT OF POSSESSION FOR THE PROPERTY. MOVANT CERTIFIES THAT IT HAS MADE A BONA FIDE EFFORT TO RESOLVE THE MATTER WITHOUT HEARING.

    HMC ASSETS LLC, SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM XI TRUST ("Movant"), by and through its undersigned counsel, hereby moves the Court for an Order determining the Automatic Stay is not in effect, and states:

    1. Debtor filed the instant Chapter 7 case on August 1, 2016. The case was later dismissed and was subsequently reinstated on August 24, 2016. [D.E. 19]

    2. Movant is the owner of real property described as follows:

> LOT 23, BLOCK R OF CORAL SPRINGS COUNTRY CLUB
> SUBDIVISION, ACCORDING TO THE PLAT THEREOF,
> AS RECORDED IN PLAT BOOK 60, PAGE(S) 43, OF THE
> PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA
> a/k/a 11047 NW 29TH Street, Coral Springs, FL 33065-3564

pursuant to Certificate of Title entered by the Clerk of the Circuit Court for Broward County, Florida on December 31, 2014, and subsequent deeds vesting title in Movant. Composite Exhibit

"A."

3. Debtor is presently in possession of the property, but the property is not an asset of the estate and Debtor has no legal interest in same.

4. On August 25, 2016 the State Court denied Debtor's motion to stay issuance of a writ of possession based on the bankruptcy filing, and on August 26, 2016 the State Court issued a Writ of Possession directing the Sheriff of Broward County, Florida, to remove Debtor from the property and to put Movant in possession of same. Copies of Debtor's motion, the Order on the motion and the Writ of Possession are attached as Composite Exhibit "B."

5. The Sheriff of Broward County, FL has refused to execute the Writ in the absence of an order of relief from the automatic stay. Exhibit "C."

6. For the reasons stated above, Movant's interest in the property is not subject to the automatic stay. The subject property is being significantly jeopardized by the Debtor's continued possession of the property and her threats of removing appliances from same, while Movant is prohibited from pursuing lawful remedies to protect such interest.

WHEREFORE, Movant, prays the Court enter an order determining the automatic stay does not apply to the subject property, nor Movant's in rem enforcement of its right to possession of same.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth Local Rule 2090-1(A). In compliance with Local Rule 9073-1, undersigned counsel's office has contacted all adverse parties to attempt to resolve this matter without a hearing.

I HEREBY CERTIFY that a true and exact copy of the foregoing was mailed on

September 1, 2016 to: Marie Nicole Dorval, 11047 NW 29th Street, Coral Springs, FL 33065; and was served on all parties registered to receive notice by electronic transmission on the 1st day of September, 2016.

                                              */s/ Stuart M. Gold*
                                              STUART M. GOLD, ESQ.
                                              5801 N.W. 151 Street, Suite 307
                                              Miami Lakes, FL 33014
                                              Attorney for Creditor
                                              Tel (305) 591-1040
                                              Fax (305) 357-9788
                                              E-mail: sgold@swglawyers.com
                                              Florida Bar No.: 265421

INSTR # 112740764 Page 1 of 1 Recorded 01/12/2015 at 04:12 PM
Broward County Commission, Doc. D $2480.80 Deputy Clerk ERECORD

Case 16-20683-JKO    Doc 21    Filed 09/01/16    Page 4 of 17

**** FILED: BROWARD COUNTY, FL Howard C. Forman, CLERK 12/31/2014 8:43:10 AM.****

## In the Circuit Court of the Seventeenth Judicial Circuit
## In and for Broward County, Florida

REAL ESTATE MORTGAGE NETWORK INC
Plaintiff

VS.

WILSON, LAU , LEASECOMM CORPORATION , UNITED STATES OF AMERICA , DORVAL, MARIE NICOLE
Defendant

CACE-12-035304
Division  11

### Certificate of Title

The undersigned, Howard C. Forman, Clerk of the Court, certifies that he executed and filed a certificate of sale in this action on September 02, 2014, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in Broward County, Florida:

**LOT 23, BLOCK R OF CORAL SPRINGS COUNTRY CLUB SUBDIVISION, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 60, PAGE(S) 43, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

Property address: 11047 NW 29TH ST CORAL SPRINGS FL 33065-3564

Was sold to NEW RESIDENTIAL MORTGAGE LOAN TRUST 2014-NPL1
C/O Selene Finance LP 9990 Richmond Ave Ste 400 South Houston, TX, 77042

Witness my hand and the seal of this court on December 31, 2014.

Howard C. Forman, Clerk of Circuit Courts
Broward County, Florida

Total consideration: $354,301.77
Doc Stamps: $2,480.80

**COMPOSITE EXHIBIT "A"**

CIRCUIT CIVIL 2014 DEC 31 PM 2 29 FILED FOR RECORD CLERK OF CIRCUIT COURT BROWARD COUNTY, FLA.

INSTR # 112984041 Page 1 of 11, Recorded 05/12/2015 at 02:54 PM
Broward County Commission, Doc D $0.70 Deputy Clerk ERECORD

Case 16-20683-JKO Doc 21 Filed 09/01/16 Page 5 of 17

This Instrument Was Prepared By:
Theodore A. Topouzis, Esq.
Topouzis & Associates, P.C.
51 Jefferson Blvd, First Floor
Warwick, RI 02888
File No.: 2014091307
Tax Folio No.: 4841 20 01 5620
SALES PRICE: $ 10.00

## QUITCLAIM DEED

**THIS INDENTURE**, made this 13 day of April, 2015 between NEW RESIDENTIAL MORTGAGE LOAN TRUST 2014-NPL1, U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE, whose post office mailing address is c/o Selene Finance LP, 9990 Richmond Ave. S. #400, Houston, TX 77042, hereinafter called the Grantor, and HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM XI TRUST, whose post office mailing address is: c/o Selene Finance LP, 9990 Richmond Ave. S. #400, Houston, TX 77042, hereinafter called the Grantee:

(Whenever used herein the terms "Grantor" and "Grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**WITNESSETH**, that said grantor, for and in consideration of the sum TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to said grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, does hereby remise, release, and quitclaim to the said grantee, and Grantee's heirs and assigns forever, all the right, title, interest, claim and demand which Grantor has in and to the following described land, situate, lying and being in Broward County, Florida, to-wit:

**LOT 23, BLOCK "R", OF CORAL SPRINGS COUNTRY CLUB SUBDIVISION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 60, AT PAGE 43, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

Property Address: 11047 NW 29 Street, Coral Springs, FL 33065   APN 4841 20 01 5620

**TO HAVE AND TO HOLD**, the same together with all and singular the appurtenances thereto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of Grantors, either in law or equity, for the use, benefit and profit of the said Grantee forever.

The undersigned agent further states that the below-described Power of Attorney has not been heretofore revoked by the Principal and is still in full force and effect.

Wherever the text in this Quitclaim Deed so requires, the use of any gender shall be deemed to include all genders, and the use of the singular shall include the plural.

11047 NW 29 Street, Coral Springs, FL 33065

**IN WITNESS WHEREOF** the Grantor has caused these presents to be executed in its name, and its corporate seal to be hereunto affixed, by its proper officer(s) thereunto duly authorized, the day and year first above written.

Signed, sealed and delivered
in our presence:

New Residential Mortgage Loan Trust 2014-NPL1, U.S. Bank National Association, not in its individual capacity but solely as Indenture Trustee by Selene Finance LP its Attorney in Fact

BY: _____
Jason Burr    its  Assistant Vice President

(CORPORATE SEAL)

_____
(Witness) Print Name: Connie Baker

_____
(Witness) Print Name: Curshawn R. Martin

STATE OF Texas
COUNTY OF Harris

The foregoing instrument was acknowledged before me this 13 day of April, 20 15 by Jason Burr as Assistant Vice President of Selene Finance LP as Attorney-in-Fact for NEW RESIDENTIAL MORTGAGE LOAN TRUST 2014-NPL1, U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE, who executed same on behalf of the said corporation/company and who did take an oath. He/She is personally known to me or has produced _____ as identification.

_____
NOTARY PUBLIC
Print Name: Carmen Alicia Figueroa
My Commission Expires: 3-10-2018

CARMEN ALICIA FIGUEROA
My Commission Expires
March 10, 2018

11047 NW 29 Street, Coral Springs, FL 33065

Recording requested
CAM XI Trust
When recorded, mail to:
CAM XI Trust
2015 Manhattan Beach Blvd #200
Redondo Beach, CA 90278
Prepared by :0
Sharon Chase
HMC Assets, LLC
2015 Manhattan Beach Blvd #200
Redondo Beach, CA 9027

[Space Above This Line For Recording Data]

# Quit Claim Deed

This conveyance changes the manner in which title is held, grantor(s) and grantee(s) remain the same and continue to hold the same proportionate interest.

**This Quit Claim Deed** is made between, **HMC Assets LLC, solely in its capacity as Separate Trustee of CAM XI Trust** whose post office address is 2015 Manhattan Beach Boulevard, Suite 200, Redondo Beach, California 90278 Grantor, and CAM Real Estate XI, LLC whose post office address is 2015 Manhattan Beach Boulevard, Suite 200, Redondo Beach, California 90278, Grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth,** that said grantor, for and in consideration of the sum TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, does hereby remise, release, and quitclaim to the said grantee, and grantee's heirs and assigns forever, all the right, title, interest, claim and demand which grantor has in and to the following described land, situate, lying and being in Broward County, Florida to-wit:

Lot 23, Block R, of Coral Springs Country Club Subdivision, According to the Plat thereof as recorded in Plat Book 60, Page 43, of the Public Records of Broward County, Florida.

Property Address: 11047 NW 29th Street, Coral Springs, FL 33065

Parcel ID: 4841 20 01 5620

**To Have and to Hold,** the same together with all and singular the appurtenances thereto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of grantors, either in law or equity, for the use, benefit and profit of the said grantee forever.

**In Witness Whereof,** grantor has hereunto set grantor's hand and seal the day and year written.

Dated: 5/14/2015

HMC Assets LLC, solely in its capacity as Separate Trustee of CAM XI Trust

By: _____
Gary W. McCarthy, Member

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of        California              ) ss
County of       Los Angeles             )

On 5/14/2015, before me, Megan Ann Starr Notary Public, personally appeared Gary W. McCarthy, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify UNDER PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Megan Ann Starr_ (Seal)

[Notary Seal: MEGAN ANN STARR, Commission # 2086927, Notary Public - California, Los Angeles County, My Comm. Expires Oct 20, 2018]

IN Witness Whereof, the said first party has signed and sealed these presents the day and year first above written. Signed, Sealed and delivered in our presence:

_____
Witness Signature

_____
Witness Signature

Print Name: _Amy C. Jagodowski_

Print Name: _Courtney Russell_

*Quit Claim Deed* - Page 2

Recording requested
CAM XI Trust
When recorded, mail to:
CAM XI Trust
2015 Manhattan Beach Blvd #200
Redondo Beach, CA 90278
Prepared by :0
Sharon Chase
HMC Assets, LLC
2015 Manhattan Beach Blvd #200
Redondo Beach, CA 9027

[Space Above This Line For Recording Data]

# Quit Claim Deed

This conveyance changes the manner in which title is held, grantor(s) and grantee(s) remain the same and continue to hold the same proportionate interest.

**This Quit Claim Deed** is made between, CAM Real Estate XI, LLC whose post office address is 2015 Manhattan Beach Boulevard, Suite 200, Redondo Beach, California 90278 Grantor, and **HMC Assets LLC, solely in its capacity as Separate Trustee of CAM XI, Trust** whose post office address is 2015 Manhattan Beach Boulevard, Suite 200, Redondo Beach, California 90278, Grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, does hereby remise, release, and quitclaim to the said grantee, and grantee's heirs and assigns forever, all the right, title, interest, claim and demand which grantor has in and to the following described land, situate, lying and being in Broward County, Florida to-wit:

Lot 23, Block R, of Coral Springs Country Club Subdivision, According to the Plat thereof as recorded in Plat Book 60, Page 43, of the Public Records of Broward County, Florida.

Property Address: 11047 NW 29th Street, Coral Springs, FL 33065

Parcel ID: 4841 20 01 5620

**To Have and to Hold**, the same together with all and singular the appurtenances thereto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of grantors, either in law or equity, for the use, benefit and profit of the said grantee forever.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year written.

Dated: 6/25/2015

CAM Real Estate XI, LLC
By: HMC Assets, LLC as Manager

By: _____
Gary W. McCarthy, Member

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of     California         ) ss
County of    Los Angeles        )

On 6/25/2015 before me, Megan Ann Starr Notary Public, personally appeared Gary W. McCarthy, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify UNDER PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Megan Ann Starr_ (Seal)

**MEGAN ANN STARR**
Commission # 2086927
Notary Public - California
Los Angeles County
My Comm. Expires Oct 20, 2018

In Witness Whereof, the said first party has signed and sealed these presents the day and year first above written. Signed, Sealed and delivered in our presence:

_____     _____
Witness Signature           Witness Signature

Print Name: _Laura C. Maier_   Print Name: _Mark J Woodward_

Page 1 of 1

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

REAL ESTATE MORTGAGE NETWORKING INC,

    PLAINTIFF,                              CASE NO. CACE 12-35304

VS.

MARIE NICOLE DORVAL et al.,

    DEFENDANT(S).
_____/

## EMERGENCY MOTION FOR REHEARING TO SET ASIDE ORDER ON MOTION FOR ISSUANCE OF WRIT OF POSSESSION AND CONTINUE THE AUTOMATIC BANKRUPTCY STAY

**DEFENDANT**, MARIE NICOLE DORVAL by and through its undersigned counsel, respectfully moves this Court to set aside the order entered on August 8, 2016 and continue the stay on the writ of possession, and says:

1. This was an action to foreclose a mortgage on real property located in Broward County, Florida.

2. Plaintiff filed its motion for writ of possession and this Court entered an Order granting the motion however staying the writ until August 26, 2016. See attached Order.

3. At the time this Court heard the motion, Defendant was in an active bankruptcy case. See attached Suggestion of Bankruptcy.

4. Plaintiff did not seek to obtain relief from the automatic bankruptcy stay.

**WHEREFORE**, Defendant respectfully requests this Court to enter an Order setting aside the order entered on August 8, 2016 and continuing the automatic bankruptcy stay, and to award all further relief this Court deems appropriate.

**COMPOSITE
EXHIBIT "B"**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of foregoing was served by Electronic Mail on this 25th day of August, 2016.

> KELLY E. ELKINS, P.A.
> Attorney for Defendant
> PO Box 40762
> St. Petersburg, FL  33743
> Telephone: (954) 234-5858
> kellye@keelegal.com
>
> By: _____
> Kelly E. Elkins, Esq.
> Florida Bar No.469963

United States Bankruptcy Court
Southern District of Florida

CACe 12-35304



## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 08/01/2016 at 2:39 PM and filed on 08/01/2016.

**Marie Nicole Dorval**
11047 NW 29 St
Coral Springs, FL 33065
954-696-1292
SSN / ITIN: ███████

The bankruptcy trustee is:

**Chad S. Paiva**
trustee@gmlaw.com
525 Okeechobee Blvd., Suite 1570

West Palm Beach, FL 33401
561-227-2370

The case was assigned case number 16-20683-JKO to Judge John K Olson.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.flsb.uscourts.gov or at the Clerk's Office, .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

https://ecf.flsb.circ11.dcn/cgi-bin/NoticeOfFiling.pl?702779   8/1/2016

**Joseph Falzone**
**Clerk, U.S. Bankruptcy Court**

IN THE CIRCUIT COURT OF THE SEVENTEENTH
JUDICIAL CIRCUIT, IN AND FOR BROWARD
COUNTY, FLORIDA

Real Estate Mortgage Network, Inc.

CASE NO.: 12-35304

Plaintiff,

vs.

Marie Nicole Dorsal

ORDER

Defendant.

THIS CAUSE was considered by the Court on the following Motion(s) Emergency Motion for Rehearing to Set Aside Order on Motion for Issuance of Writ of Possession and Continue the Automatic Bankruptcy Stay — Defendants' Motion

HEARING was held on 8.25.16

THE COURT having considered the grounds for the Motion, taken testimony, heard argument and considered the applicable law, it is FOUND,

ORDERED AND ADJUDGED as follows:

Denied.

~~DEFENDANT FAILED TO APPEAR~~

DONE AND ORDERED 8/25/16

_____
CIRCUIT JUDGE

Copies furnished:  ☐ In Open Court
                   ☐ By Mail

BC/CA 118 (Rev 07/11)

π - Nato Olken 0048179
Δ - Tiffany Eaton - 0180221

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

REAL ESTATE MORTGAGE NETWORKING INC

    Plaintiff,

vs.

CASE NO.: CACE-12-35304

MARIE NICOLE DORVAL, et al.

    Defendant(s)
_____/

### WRIT OF POSSESSION

TO THE STATE OF FLORIDA:
To All and Singular Sheriffs of said State:

    **YOU ARE HEREBY COMMANDED** to remove all persons from the following described property in Broward County, Florida after 24 hours notice conspicuously posted on said property:

> Lot 23, Block R of Coral Springs Country Club Subdivision, according to the Plat thereof as recorded in Plat Book 60, Page(s) 43, of the Public Records of Broward County, Florida.

**11047 NW 29th Street, Coral Springs, FL 33065**

and to put Owner, HMC ASSETS LLC, SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM XI TRUST, in full possession thereof.

    WITNESS my hand and seal of said Court on the _____day of AUG 2 6 2016 _____, 2016.

Howard C. Forman
Clerk of the Court

By:_____ ANGEL HARRIS
    As Deputy Clerk

**RETURN TO:**
Diva N. Geltzer, Esquire
August J. Stanton, III, Esquire
GASDICK STANTON EARLY, P.A.
1601 W. Colonial Drive
Orlando, Florida 32804
Ph: 407-423-5203; Fx: 407-425-4105

**PROPERTY CONTACT:**
Diva N. Geltzer 407-423-5203
August J. Stanton, III 407-423-5203
Gabriela Mosher 407-423-5203

A TRUE COPY
Circuit Court Seal

Scanned by CamScanner

## Stuart Gold

| | |
|---|---|
| **From:** | Gelin, Donald <Donald_Gelin@sheriff.org> |
| **Sent:** | Wednesday, August 31, 2016 1:56 PM |
| **To:** | AJ Stanton III |
| **Cc:** | Diva Geltzer; Lopez, Martha; Roland, Carla |
| **Subject:** | Real Estate Network, Inc. vs. Marie Dorval |

Good afternoon AJ,

Per our conversation of this day, the Broward Sheriff's Office will not be serving the Writ of Possession in the above referenced matter because of the pending bankruptcy that was reinstated. As we discussed and upon review of the case law you provided, it appears that the automatic stay is in effect and that a relief from stay would be required in order for us to move forward at this time.

Our Civil division will be returning your original packet to you with your check for the fees. However, once you are able to obtain relief from the stay, you do not have to obtain additional orders from the Circuit court for us to proceed with the eviction; simply forward the order from the bankruptcy court with the packet and it will be processed in due course; it would be helpful if you emailed me as well once the order is obtained so that I may be able to inform my personnel and we can try to expedite execution.

Should you have any questions or concerns regarding same, please feel free to give me a call at the listed number.

Thank you.
Donald

Donald Gelin, Esq.
Senior Assistant General Counsel
Office Of The General Counsel
Broward Sheriff's Office
Tel: (954)831-8920




**Sheriff Scott Israel**
sheriff.org

Please note that Florida has a broad public records law, and that all correspondence to me via email may be subject to disclosure.

**From:** AJ Stanton III [mailto:aj@gse-law.com]
**Sent:** Wednesday, August 31, 2016 11:30 AM
**To:** Gelin, Donald <Donald_Gelin@sheriff.org>
**Cc:** Diva Geltzer <divag@gse-law.com>
**Subject:**

**EXHIBIT C**