UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:   16-20683-JKO
CHAPTER 7

IN RE:

MARIE NICOLE DORVAL,

    Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Re-Notice of Hearing [ECF 23], on Motion for Determination That Automatic Stay Does Not Apply filed by Interested Party HMC Assets LLC, Solely In Its Capacity as Separate Trustee of CAM XI Trust was furnished by First Class mail on 6th day of September, 2016 to: Marie Nicole Dorval, 11047 NW 29th Street, Coral Springs, FL 33065 and served on all parties registered to receive notice by electronic transmission on the 6th day of September, 2016.

Counsel certifies that a bona fide effort to agree or to narrow the issues of the Motion noticed has been made with opposing counsel prior to setting this hearing.

                                                                     */s/ Stuart M. Gold*
STUART M. GOLD, ESQ.
5801 N.W. 151 Street, Suite 307
Miami Lakes, FL 33014
Attorney for Interest Party HMC Assets LLC et al.
Tel (305) 591-1040
Fax (305) 357-9788
E-mail: sgold@swglawyers.com
Florida Bar No.: 265421