

ORDERED in the Southern District of Florida on September 26, 2016.

John K. Olson, Judge
United States Bankruptcy Court

THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 16-20683-JKO
CHAPTER 7

IN RE:

MARIE NICOLE DORVAL,

    Debtor.

_____/

### ORDER GRANTING MOTION FOR DETERMINATION THAT AUTOMATIC STAY IS NOT IN EFFECT

THIS CAUSE came on to be heard on September 20, 2016 at 10:00 a.m., upon Motion for Determination That Automatic Stay Is Not In Effect filed by Creditor, HMC ASSETS LLC, SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM XI TRUST, and for the reasons stated on the record, it is

ORDERED as follows:

1. Creditor's Motion for Determination That Automatic Stay Is Not In Effect is hereby granted, the Court confirming that the automatic stay is not in effect as to the in rem claims of Creditor, HMC ASSETS LLC, SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF

CAM XI TRUST to possession of the following described property:

> LOT 23, BLOCK R OF CORAL SPRINGS COUNTRY CLUB
> SUBDIVISION, ACCORDING TO THE PLAT THEREOF, AS
> RECORDED IN PLAT BOOK 60, PAGE(S) 43, OF THE
> PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA
> a/k/a 11047 NW 29th Street, Coral Springs, FL 33065-3564

2.  This Order is entered for the sole purpose of allowing Creditor to pursue its in rem claims as to the property, including the execution of Writ(s) of Possession, however, Creditor shall not seek nor obtain an in personam judgment against the Debtor that would otherwise be subject to the automatic stay.

Copies furnished to:

| | |
|---|---|
| Sax, Willinger & Gold<br>Stuart M. Gold, Esq.<br>5801 N.W. 151 Street, Ste. 307<br>Miami Lakes, FL 33014 | *Attorney Gold is directed to immediately mail a conformed copy of this Order to all interested parties* |

# # #